For United States District Court ~~January~~ 14, 2004.
District of Connecticut

2004 FEB -9 P 5:02

Mr. Leroy Mims
vs.
Dept. of Corrections,
Et. Al.

Prisoner:
Civil No: 302CV250 (AWT)(DFM)

"Motion For Request!
Of
Default Judgment.
Of Submission For Seal.
Documents Of November 31, 2003
Summary Judgment Notice

The: Plaintiff: Mr. Leroy Mims #93506. Has Filed ~~This~~ Motion To "Default, Submission Alligation" Of All Court Summary Judgment That The Claim Of His True Civil Law Suit: As The Clerk Rul--ing And "Order"! The: Defedants Attorney Lawyer Assis--tant State. General. Mr. Steven. R. Strom. Have Already "Seek", 120. Days To: Filed They Summary Judgment Discovery Towards The! Plaintiff: Mr. Leroy Mims #93506 True Alligation Complaints, In "A, Timely Seeking "A, Settlement. Request For Substantial "Rights' So, The Defendants State Assistant Attorney Lawyer! Mr. Steven. R. Strom Has "Not, Ful-Full An Court Obliga-tion. Mr. Steven. R. Strom Failure To Ful-Full All Records "Access", To Files Complaints
← Noted

From:
Mr. Leroy Mims
#93506.
MacDougall Correctional
Institution. 1153. East.
Street. South. Suffield.
CT. 06080. (860) 627-2100.

January 14, 2004.
Prisoner
No. 3:02CV250.
Docket.
(A.W.T) (D.F.M.)

Motion For Court
"Order," Been, Default By The
Defendants Lawyer
On Summary Judgement
"Attached"

The Foregoing motion having been "Heard,
It is here by Ordered: Granted or
Denied By: The Clerk Office Court.
United States Mr. Alvin. W. Thompson.
Judge Hon #

Yours
Truelly: Plaintiff:
January 14. 2004.

X→ Mr. Leroy Mims # 93506.

Mr. Leroy Mims # 93506.
MacDougall. Correctional,
Institution, 1153 East Street.
South. Suffield. CT. 06080.
(860) 627-2100.

January 24. 2004.
Prisoner
Docket No.
3:02CV250.
(A.W.T.) (D.F.M.)

V.

Department of Correction
Commissioner: Mr. John Armstrong.
Mr. Fred. Levesque,
Ms. Lynn. Milling
The: Defendants;       "Certification:

"I, Mr. Leroy Mims # 93506" IS, VERY MUCH FOREWARD MOTION TO THE UNITED STATES DISTRICT COURT DIS--TRICT OF CONNECTICUT STATE. FOR DEFAULT. JUDGMENT OF SUBMISSION FOR SEAL DOCUMENTS OF NOVEMBER 31, 2003. "NOTICE, TO THE COURT CLECK. CLAIMS "DISC--OVERY" FROM THE "DEFENDANTS", AND ALSO "I, MR. LEROY MIMS # 93506 HAS TODAY BEEN HERE BY. CERTIFY THAT "A, COPY" HERE," OF WAS MAILED THIS 14, 2004, "DAY, OF FIRST POSTAGE PREPAID TO: THE DEFENDANTS APPEARANCE ALL Counsel MR. STEVEN R. STROM, ASSISTANT. ATTORNEY GENERAL 110. SHERMAN. STREET HARTFORD. CT. 06105. TEL: (860) 808-5450. FEDERAL BAR # CT. 01211.

Yours Truelly January 14, 2004.
The: Plaintiff:

(NOTED) → X → Mr. Leroy Mims # 93506

FROM:
MR. LEROY MIMS
#93506.
MACDOUGALL. C.I.
1153. EAST. STREET. SOUTH.
SUFFIELD. CT. 06080.
(860) 627-2100.

JANUARY 14, 2004.
PRISONER:
CIVIL. NO. 3:02CV250.
(A.W.T.) (D.F.M.)

TO: THE UNITED. STATE. DISTRICT. COURT. DISTRICT. OF. CONNECTICUT.
915. LAFAYETTE. BOULEVARD.
BRIDGEPORT. CONNECTICUT. 06604.
(203) 579-5861.
TO: THE COURT. CLERK.
MS. VICTORIA. C. MINOR.
CHIEF. DEPUTY. CLERK.

"AND"

TO: ASSISTANT ATTORNEY GENERAL
MR. STEVEN. R. STROM. 110. SHERMAN.
STREET. HARTFORD. CT. 06205.
TEL: (860) 808-54__

"NOTE!" →

YOURS TRUELY
PLAINTIFF.

X (Mr. Leroy Mims) #93506
JANUARY 14, 2004

PRISONER:
NO. 3:02 CV 250.
(A.W.T.) (D.F.M.)

JANUARY 14, 2004

"I, THE PLAINTIFF: MR. LEROY MIMS #93506." DID, CALL THE UNITED STATES, DISTRICT COURT OF DISTRICT OF CONNECTICUT. 915. LAFAYETTE BOULEVARD. BRIDGEPORT CONNECTICUT. 06604. (203) 579-5861. AND TALK WITH CHIEF DEPUTY CLERK. MS. VICTORIA. C. MINOR. ABOUT THE COMPLAINT NOT BEING REPLY ANSWERING WITHIN JUDGE RULING AND ORDER, BY: JUDGE: MR. ALVIN. W. THOMPSON. IN ADDITION OF "CASE", PROCEED "TIME"/ IN ALSO ADDITION THE PLAINTIFF: MR. LEROY MIMS #93506 "HE, MAY "SEEK" TO "INTRODUCE" THEM INTO EVIDENCE AND SHOULD THIS "CASE" GO TO "TRIAL", THE "RESULT OF "PROOF" SUFFICIENT "GUARANTEE" BEEN "IGNORED", THE "OBVIOUS" OF "UNAVOIDABLE", SIMILARLY DELIBERATE INDIFFERENCE CAN BE SHOWN"? BY ESTABLISHING THE REGARD TO: MOTION, DISCOVERY BEING "IGNORED" BY JUDGE. SUMMARY JUDGMENTS, "I, ASK THE CLERK COURTS TO PLEASE REQUEST FOR "TRIAL", SOON "AS, "POSSIBLE", IN MY, FEVER CONCERNING APPEARANCE "ACTION", AS DUE, "PROCESS" RULES, RECORDS ACCESS "NOTICES, TO BE "GRANTED", YOURS TRUELLY: PLAINTIFF: JANUARY 14, 2004.

X → Mr Leroy Mims #93506.