UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LEROY MIMS

     v.                                    PRISONER
                                Case No.  3:02CV250 (MRK) (WIG)
DEPARTMENT OF CORRECTION, ET AL.
```

RULING AND ORDER

Pending before the court is a motion entitled "Motion For Request! Of Default Judgment Of Submission for Seal Documents of November 31, 2003 Summary Judgment Notice" filed by the plaintiff. The court construes the motion as motion for default for failure to plead. The defendants filed an answer to the complaint on February 12, 2004. Because the defendants have filed an answer to the complaint, they are not in default. The Motion **[doc. # 22]** is **DENIED.**

SO ORDERED in Bridgeport, Connecticut, this ___17th___ of February, 2004.

　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　William I. Garfinkel
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge