UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY MIMS, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 3:02cv250(MRK) |
| | : | |
| DEP'T OF CORRECTIONS, ET AL., | : | |
| | : | |
| Defendant. | : | |

NOTICE

The dispositive motion deadline having passed, and this case appearing trial ready, the Court requests that Defendants state their interest in having this case referred to Magistrate Judge William I. Garfinkel for trial. The Court notes that Plaintiff has already consented in July 2002 to trial before a Magistrate Judge. If Defendants also consent to trial before Magistrate Judge Garfinkel and if plaintiff does not withdraw his consent, the case will be referred to him for all future proceedings and he will issue a trial schedule. Defendants should complete the attached form if they consent to trial before Magistrate Judge Garfinkel. If the parties do not consent to trial before the Magistrate Judge, this Court will enter a schedule setting a trial for some time in the Fall or early Winter. Defendant is instructed to respond by **August 6, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, CT: July 29, 2004.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEROY MIMS, | : |
| | : |
| Plaintiff, | : |
| v. | : Case No. 3:02cv250(MRK) |
| | : |
| DEP'T OF CORRECTIONS, ET AL., | : |
| | : |
| Defendant. | : |

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

Signatures                                              Date

_____        _____

_____        _____

_____        _____

Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge _____ for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

IT IS SO ORDERED.

_____
Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut:** _____, 2004

# NOTICE OF OPPORTUNITY TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE AND APPEAL OPTION

**In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, you are hereby notified that the United States Magistrate Judges of this District Court, in addition to their other duties, may, upon consent of all the parties in a civil case, conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment.**

**You should be aware that your decision to consent, or not to consent, to the referral of your case to a United States Magistrate Judge for disposition is entirely voluntary and should be indicated by counsel endorsing the foregoing consent form for the plaintiff(s) and defendant(s). If the form is executed by all counsel for the parties, it should be communicated solely to the Clerk of the District Court. ONLY if all the parties to the case consent to the referral OF THESE PENDING MOTIONS to a Magistrate Judge will either the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.**

**Your opportunity to have your PENDING MOTIONS RULING ON by a Magistrate Judge is subject to the calendar requirements of the Court. Accordingly, the District Judge to whom your case is assigned must approve the referral of the case to a Magistrate Judge for disposition.**

**In accordance with 28 U.S.C. §636(c)(3) and Fed.R.Civ.P. 73(c), an appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment or a District Court.**

**Copies of this consent form are available from the Clerk of the Court.**