UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Aug 24  2 ᴸᵇ PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN.

LEROY MIMS,

    Plaintiff,

v.

Case No. 3:02cv250(MRK)

DEP'T OF CORRECTIONS, ET AL.,

    Defendant.

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

    In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

Signatures          Date          *For*

*Steven R. Strom*      8-17-04      *all defendants*

Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

    Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF TRANSFER

    IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge William I. Garfinkel for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

IT IS SO ORDERED,

_____ Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut:** 8/24, **2004**

This matter has been transferred to a magistrate judge. All future filings should be filed at the seat of court where the magistrate judge sits and the case number must be followed by the magistrate judge's initials.

DEFENDANTS
Department of Corrections, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of August 2004:

Leroy Mims, Inmate #93506
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

_____
Steven R. Strom
Assistant Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY MIMS | : | CIVIL NO. 3:02CV250 (MRK) |
| v. | : | |
| DEP'T OF CORRECTIONS, ET AL. | : | AUGUST 17, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Department of Corrections, has manually filed the following documents:

1). Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction.

This document has not been filed electronically because

[ X ] the document or thing cannot be converted to an electronic format
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
Department of Corrections, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of August 2004:

Leroy Mims, Inmate #93506
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

_____
Steven R. Strom
Assistant Attorney General