FROM:
INMATE
MR. LEROY MIMS
    #93506
OSBORN. C.I.
P.O. BOX: 100.
SOMERS. CT. 06071.
THE: PLAINTIFF
    V.
DEPARTMENT OF CORRECTIONAL ET. AL.
NORTHERN. C.I. P.O. BOX: 665.
SOMERS. CT. 06071. 287 BILTON. RD.
WARDEN. MR. LARRY MYERS.
CAPTAIN: MR. FANEUFF
CAPTAIN: MR. JAMES. E. HUCKABAY
CAPTAIN: MR. BUTLER

SEP 17 2004  SEPTEMBER 19, 2004

CASE 3:02 CV.250
    (W.I.G.)

United States District Court
District of Connecticut
FILED AT
    9/17/04
    Kevin F. [illegible]
By: [signature] Baima
    Deputy Clerk

```
| MOTION FOR ADD-ON →
| CASE AMENDED CIVIL
| RIGHTS COMPLAINTS
| COUNTER CLAIM AND CROSS
| SUPPLEMENTAL PLEADINGS
| (A)(B)(3) RULE'S
```

BY: PLAINTIFF:
    YOURS TRUELY

X. Mr. Leroy Mims #93506.
    SEPTEMBER 9, 2004