UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEROY MIMS
                                                PRISONER
V.                        CASE NO. 3:02CV250 (WIG)

DEP'T OF CORRECTIONS, ET AL.

## RULING AND ORDER

Pending before the court is the plaintiff's motion to amend. The certificate of service attached to the motion states that the motion was mailed to Assistant Attorney General Robert Vacchelli. Attorney Vacchelli, however, does not represent the defendants in this action. Assistant Attorney General Steven R. Strom has appeared for the defendants. Rule 5(a) of the Federal Rules of Civil Procedure requires that any pleading, motion or other paper filed in the action be served upon every other party in the action. Rule 5(b), D. Conn. L. Civ. R. requires that the certificate of service "list the name and address of each person served." Thus, the plaintiff's certificate of service does not comply with Rule 5(b), D. Conn. L. Civ. R. or Rule 5(a), Fed. R. Civ. P.

In addition, even if the motion included the proper certificate of service, it is without merit. The case caption of the motion includes defendants who are not parties to this action. The defendants in this action are the Department of Corrections, John Armstrong, Lynn Milling and Fred Levesque. The plaintiff seeks to add claims but fails to include any facts in his motion or proposed amended complaint. Instead, he simply attaches multiple documents to his motion.

The Motion to Amend [**doc. # 28**] is **DENIED**. The plaintiff must include a certificate or service with every motion, memoranda or other document filed with the court in this case. The

certificate of service must list the name of defendants' counsel and counsel's address.  Any motion, memorandum or other document filed by the plaintiff which includes a certificate of service that does not comply with Local Rule 5(b) will be returned to the plaintiff.

SO ORDERED this the 8th day of October, 2004, at Bridgeport, Connecticut.

/S/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge