UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEROY MIMS                              :          CIVIL NO. 3:02CV250 (WIG)

  v.                                    :

DEPARTMENT OF CORRECTION, et. al.  :          MARCH 31, 2005

## DEFENDANTS'  MOTION FOR SUMMARY JUDGMENT

The defendants respectfully move for summary judgment pursuant to Rule 56 Fed. R. Civ. P. In support of their motion, pursuant to Local Rules 7(a) and 56(a)1, the defendants submit the affidavit of Lynn Milling, Interstate Compact Administrator for the Department of Correction for  Connecticut, and a named defendant. Because all of the claims brought by plaintiff are barred under the PLRA by 42 USC §1997e(a)(failure, to exhaust) Gibson v. Goord, 280 F.3d 221, 223 (2d Cir. 2002) (affirming a district court's dismissal of prisoner's complaint for failure to exhaust where the inmate had filed a "level one grievance," but had not pursued the available remedy of filing a " level two  grievance"), §1997e(e) lack of injury, failure to state a claim for lack of personal involvement or lack of a liberty interest, or are barred by the statute of limitations, the eleventh amendment and qualified immunity, summary judgment as to all claims must enter for the defendants.

For the additional reasons stated in the accompanying memorandum and in the defendants' moving papers, the defendants respectfully request that their summary motion be granted and judgment should enter for the defendants as a matter of law.

DEFENDANTS

Department of Correction, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    ___/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day

of March, 2005:

Leroy Mims
93 Sequin Street
Hartford, CT 06106


___/s/_____
Steven R. Strom
Assistant Attorney General