UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY MIMS | : | CIVIL NO. 3:02CV250 (WIG) |
| v. | : | |
| DEPARTMENT OF CORRECTION, et. al. | : | MARCH 31, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Defendants, Department of Correction, et. al., have manually filed the following documents:

**ATTACHNMENTS TO AFFIDAVIT OF LYNN MILLING**

| | |
|---|---|
| Exhibit A: | Contract |
| Exhibit B: | RT 60 |
| Exhibit C: | Accreditation Report |
| Exhibit D: | Administrative Directive 9.6 Inmate Grievances |
| Exhibit E: | Inmate Handbook |
| Exhibit F: | Instructions for filing Grievances |
| Exhibit G: | Chronic Discipline Package 1996 |
| Exhibit H: | Administrative Directive 9.4 Restrictive Status |
| Exhibit I: | Administrative Segregation Hearing Notice and Hearing Summary and Placement 1/24/97 |
| Exhibit J: | Inmate Classification History Form 2/97 – 3/97 |
| Exhibit K: | Classification Procedures |
| Exhibit L: | Administrative Segregation Package 12/97 |
| Exhibit M: | Administrative Segregation Package 6/98 – 7/98 |
| Exhibit N: | Administrative Segregation Package 8/98 |
| Exhibit O: | Disciplinary Reports 8/14/98 – 11/9/99 |
| Exhibit P: | RT 67 |
| Exhibit Q: | Memos dated 3/00, 8/00, & 10/00 |
| Exhibit R: | Grievances filed by inmate while in Virginia |
| Exhibit S: | Various correspondence and documents regarding claims of abuse and investigatory responses |
| Exhibit T: | Grievance Log |

## ATTACHMENTS TO MEMORANDUM

Exhibit A: <u>Robert Reid v. John Armstrong</u>, No. 3:03CV208 Ruling Dated March 29, 2005

Exhibit B: <u>Mukhtaar v. Commissioner Armstrong</u>, No. 3:01CV1084 Ruling Dated February 4, 2003

Exhibit C: Memorandum of Decision <u>Ishambi Sekou a/k/a Anthony Saia v. John R. Manson, Commissioner of Correction</u>, Dated March 24, 1977

Exhibit D: <u>Bruce D. Jefferson v. John Armstrong</u>, No. 3:02CV1575 Ruling Dated July 26, 2004

These documents have not been filed electronically because:

[ X ]   the document or thing cannot be converted to an electronic format.  The document or thing has been manually served on all parties.

        DEFENDANTS
Department of Correction, et. al.


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    /s/_____
       Steven R. Strom
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct01211
       E-Mail: steven.strom@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of March, 2005:

Leroy Mims
93 Sequin Street
Hartford, CT 06106


___/s/_____
Steven R. Strom
Assistant Attorney General