```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

LEROY MIMS,                         :

    Plaintiff,                      :

    vs.                             :    No. 3:02CV250(WIG)

DEPARTMENT OF CORRECTIONS,          :
et al.,
                                    :
    Defendant.
------------------------------X
```

### NOTICE TO PRO SE LITIGANT

On March 31, 2005, the Defendants filed a motion for summary judgment asking the Court to dismiss the complaint on seven different grounds. Additionally, as required by the Local Rules of this Court, the Defendants served a Notice to Pro Se Litigant, advising the Plaintiff that his claims could be dismissed if he did not file opposition papers as required by the Federal Rules of Civil Procedure, Rule 56, and the Local Rules of this Court. Copies of these rules were attached to the Notice. The Notice further advised the Plaintiff as to what papers he must file in order to oppose the summary judgment motion and the time for filing such papers.

Despite the fact that opposition papers were due within 21 days of the filing of the summary judgment motion, to date, nothing has been filed by the Plaintiff in opposition to the Defendants' motion.

The Court hereby advises the Plaintiff that any opposition papers must be filed within 21 days of the date of this Notice.

Thereafter, the Court will rule on the Motion for Summary Judgment whether or not such opposition papers have been received.

    IT IS SO ORDERED, this \_\_\_9th\_\_\_ day of \_\_June\_\_, 2005, at Bridgeport, Connecticut.

                                     */s/ William I. Garfinkel*
                                     WILLIAM I. GARFINKEL,
                                     United States Magistrate Judge