UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY MIMS

    v.                          3:02CV250(WIG)

DEPARTMENT OF CORRECTIONS,
JOHN J. ARMSTRONG,
FREDERICK LEVESQUE,
and LYNN MILLING

## JUDGMENT

This matter came on before Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate was filed on August 24, 2004. On March 31, 2005, defendants filed its motion for summary judgment.

The Court reviewed all the papers submitted in connection with the motion for summary judgment and on September 28, 2005 issued a ruling granting the motion **(Doc. # 34)**.

Therefore, it is **ORDERED** and **ADJUGED** that judgment is entered for the defendants Department of Correction, John J. Armstrong, Frederick Levesque and Lynn Milling and the case is closed

Dated at Bridgeport, Connecticut, this 30th day of September, 2005.

                                                      KEVIN F. ROWE, Clerk

                                                      By  /s/_____
                                                                  Deputy Clerk

Entered on Docket _____